UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LARRY J. LICHTENEGGER,<br><br>    Plaintiff,<br><br>   v.<br><br>JAMES CRIVELLO; JOHN CRIVELLO; and THE COUNTY OF MONTEREY,<br><br>    Defendants. | Case No. 5:14-cv-00100 HRL<br><br>**ORDER TO SHOW CAUSE RE SANCTIONS** |

On May 13, 2014, this court issued a scheduling order setting a January 13, 2015, 1:30 p.m. final pretrial conference. (Dkt. 21). In that order, the parties were directed to comply with this court's Standing Order re Pretrial Preparation. Pursuant to the Standing Order, the parties were required to make certain pretrial submissions by December 30, 2014 and certain subsequent submissions by January 6, 2015. Nothing was filed on December 30. It was not until late in the day on January 5, 2015 that the parties began to submit papers that should have been filed or lodged a week earlier. Moreover, the parties' January 5 submissions are incomplete.

Accordingly, lead counsel for each side shall appear and be prepared to show cause at the January 13, 2015 final pretrial conference why they should not be sanctioned for their failure to

comply with this court's orders.

**SO ORDERED**.

Dated:   January 6, 2015

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

5:14-cv-00100-HRL Notice has been electronically mailed to:

Gerard A. Rose     gerard@gerardroselaw.com

Michael Rudolph Philippi     PhilippiMR@co.monterey.ca.us, moores@co.monterey.ca.us, zinmanK@co.monterey.ca.us

Susan K. Blitch     blitchsk@co.monterey.ca.us, mcmillincb@co.monterey.ca.us, moores@co.monterey.ca.us, zinmank@co.monterey.ca.us

3