Gerard A. Rose, SBN 058156
The Law Office of Gerard A. Rose
P. O. Box 6516
Carmel, CA 93921
Telephone: (831) 333-0200
gerard@gerardroselaw.com
Attorney for Plaintiff Larry J. Lichtenegger

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Jose Division

Larry J. Lichtenegger,

    Plaintiff,

vs.

James Crivello, John Crivello, the County of Monterey, and Does 1 through 5, inclusive,

    Defendants.

CASE NO. 14-cv-00100-HRL

**Plaintiff's Supplemental Pretrial Statement**

Judge:  Hon. Howard R. Lloyd
Date:   January 13, 2015
Time:   1:30 p.m.
Ctrm:   2

Trial Date:  None Set

Plaintiff submits the following supplemental matters in connection with the Pretrial set before this Court on January 13, 2015.

**I. Defendants' Motions in Linine**

Plaintiff responds to Defendants' Motions in Limine as follows:

A. Motion to exclude witnesses from courtroom: Plaintiff has no objection to this motion.

B. Motion to exclude evidence that is inconsistent with deposition testimony: There is no legitimate basis for such a motion. If Defendants feel there is an inconsistency, they can raise it at trial.

C. Motion to exclude photographs taken of Plaintiff after he was assaulted: There is no legitimate basis for such a motion. Defendants' attempt to belittle Plaintiff's injuries is unwarranted.

1

*Lichtgenegger v. Crivello*
Plaintiff's Supplemental Pretrial Statement

Case No. 14-CV--00100--HRL

D. Motion to exclude evidence of a previous encounter between Plaintiff and the Defendants: this motion is unwarranted, since it eliminates evidence of a motive Defendants had to assault Plaintiff.

## II. Proposed Voir Dire questions

Plaintiff objects to the following Voir Dire questions proposed by Defendants: D, E, F and G. Each of these questions is calculated to mislead the jurors and prejudice them against Plaintiff. Plaintiff is satisfied with the standard voir dire questions utilized by this Court.

## III. Defendants' Proposed Verdict Form

The verdict form proposed by Defendants is confusing and raises issues that are not properly before the Court. Plaintiff proposes the following:

We the Jury find as follows:

    a. Has Plaintiff established all of the elements necessary to assert a claim against the County of Monterey? Yes____; No____

    b. Has Plaintiff established all of the elements necessary to assert a claim against James Crivello? Yes____; No____

    c. Has Plaintiff established all of the elements necessary to assert a claim against Joseph Crivello? Yes____; No____

    d. If you answered yes to a, b or c, above, what is the amount of dollar damages which you award to Plaintiff? _____

    e. If James Crivello acted willfully against Plaintiff, what additional damages do you award to Plaintiff to punish that deputy?_____

    f. If Joseph Crivello acted willfully against Plaintiff, what additional damages do you award to Plaintiff to punish that deputy

## IV. Jury Instructions

Plaintiff requests the following standard jury instructions utilized by this Court: 9.1, 9.2, 9.4, 9.6, 9.7, 9.8, 9.10, 9.20 and 9.22.

## V. Other Matters

2

Plaintiff will not be utilizing any depositions or discovery response generated in this matter.

Dated: January 7, 2015

The Law Office of Gerard A. Rose

By: _____
Gerard A. Rose
Attorneys for Plaintiff

3

*Lichtgenegger v. Crivello*
Plaintiff's Supplemental Pretrial Statement

Case No. 14-CV--00100--HRL

## Proof of Service

I, Gerard A. Rose, declare:

1. I am an active member of the State Bar of California, I am admitted to practice in the Northern U.S. District Court, and I am not a party to this action.

2. My business address is PO Box 6516, Carmel, CA 93921.

3. On January 7, 2015 I electronically served Plaintiff's Supplemental Pretrial Statement and this Proof of Service by sending it to counsel for Defendants at the following e-mail address: philippimr@co.monterey.ca.us. Counsel for Defendants has agreed to accept service of documents in this case at that address.

4. I also mailed a copy of the foregoing documents via first class mail to the chambers of Magistrate Judge Lloyd at the San Jose Federal Courthouse.

5. I declare under penalty of perjury, under the laws of the State of California, that the forgoing is true and correct, and that I executed this document on January 7, 2015, in Carmel-by-the-Sea, California.

_____
Gerard A. Rose
Attorney for Plaintiff