# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

**Magistrate Judge Howard R. Lloyd, Presiding**

Courtroom 2 - 5th Floor

## Civil Minute Order

Date:   January 13, 2015                                Time in Court: 26 minutes
                                                        1:46 - 2:12

Courtroom Deputy Clerk: Patty Cromwell
Court Reporter/FTR: FTR

---

**TITLE:**  Larry J Lichtenegger v. John A Crivello, et al
**CASE NUMBER**:  5:14-cv-00100-HRL
Plaintiff Attorney present: Gerard Rose
Defendant Attorney present: Michael Philippi

---

**PROCEEDINGS: Pretrial Conference/Order to Show Cause re Sanctions**


Counsel to resubmit: proposed jury instructions, exhibits, witness lists, verdict form.

Order to Show Cause is discharged. No sanctions.

Matter is continued to March 31, 2015 at 1:30pm for Pretrial Conference.