UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LARRY J. LICHTENEGGER,<br><br>  Plaintiff,<br><br>  v.<br><br>JAMES CRIVELLO, JOHN CRIVELLO;<br>THE COUNTY OF MONTEREY,<br><br>  Defendants. | Case No.  5:14-cv-00100 HRL<br><br>**ORDER TO SHOW CAUSE RE SETTLEMENT** |

The court having been informed that the parties have reached a settlement, all previously scheduled deadlines and appearances are vacated and all pending motions are terminated.

**On or before March 16, 2015**, the parties shall file a stipulated dismissal pursuant to Fed. R. Civ. P. 41(a). If a dismissal is not filed by the specified date, then the parties shall appear in Courtroom 2, 5th Floor of the United States District Court, 280 South First Street, San Jose, California on **March 31, 2015, 10:00 a.m.** and show cause, if any, why the case should not be dismissed pursuant to Fed. R. Civ. P. 41(a). Additionally, the parties shall file a statement in response to this Order to Show Cause no later than **March 24, 2015**, advising as to (1) the status of the activities of the parties in finalizing settlement; and (2) how much additional time, if any, is requested to finalize the settlement and file the dismissal. If a dismissal is filed as ordered, the Order to Show Cause hearing will be automatically vacated and the parties need not file a

statement in response to this Order.

**SO ORDERED**.

Dated:   January 16, 2015

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

5:14-cv-00100-HRL Notice has been electronically mailed to:

Gerard A. Rose    gerard@gerardroselaw.com

Michael Rudolph Philippi    PhilippiMR@co.monterey.ca.us, moores@co.monterey.ca.us, zinmanK@co.monterey.ca.us

Susan K. Blitch    blitchsk@co.monterey.ca.us, mcmillincb@co.monterey.ca.us, moores@co.monterey.ca.us, zinmank@co.monterey.ca.us

3