1 | CHARLES J. McKEE, SBN 152458
County Counsel
2 | MICHAEL R. PHILIPPI, SBN 120967
County of Monterey
3 | 168 West Alisal Street, Third Floor
Salinas, California 93901-2653
4 | Telephone: (831) 755-5045
Facsimile: (831) 755-5283
5 | philippimr@co.monterey.ca.us

6 | Attorneys for Defendants JAMES CRIVELLO,
JOSEPH CRIVELLO and COUNTY OF MONTEREY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

San Jose Division

| | |
|---|---|
| LARRY J. LICHTENEGGER, | CASE NO. 14-CV-00100-HRL |
| Plaintiff, | STIPULATION FOR DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER THEREON |
| vs. | |
| JAMES CRIVELLO, JOHN CRIVELLO, THE COUNTY OF MONTEREY, and DOES 1 to 5, | |
| Defendants. | |

## **STIPULATION**

The parties hereto, by and through their respective counsel of record, stipulate as follows:

1. Plaintiff LARRY J. LICHTENEGGER filed the above-captioned action herein alleging violations of 42 U.S.C. §§ 1983 and 1988 and the Fourth Amendment.

2. Defendants filed an Answer to the complaint denying its material allegations and asserting affirmative defenses thereto.

3. The parties have engaged in negotiations in an attempt to resolve their differences, and throughout these negotiations all parties were, and continue to be, represented by experienced counsel.

1

Lichtenegger v. Crivello, et al.  CASE NO. 14-CV-00100-HRL
Stipulation for Dismissal with Prejudice; [Proposed] Order

4. The parties wish to avoid the potential uncertainty, expense and delay of litigation and have therefore reached an agreement for settlement.

IT IS THEREFORE STIPULATED by and between the parties, through their respective counsel that:

1. The parties have entered into a settlement agreement that contains a fair and just negotiated resolution to the current dispute between the parties in this case; and

2. This action should be dismissed with prejudice.

DATED: February 3, 2015.	LAW OFFICE OF GERARD A. ROSE

By: /s/ Gerard A. Rose
GERARD A. ROSE
Attorneys for Plaintiff Larry J. Lichtenegger

DATED: February 6, 2015.	CHARLES J. McKEE
County Counsel

By: /s/ Michael R. Philippi
MICHAEL R. PHILIPPI, Deputy County Counsel
Attorneys for Defendants JAMES CRIVELLO, JOSEPH CRIVELLO and COUNTY OF MONTEREY

**I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.**

## **ORDER**

After reviewing the Stipulation of the parties and a review of the record herein, and good cause appearing, IT IS HEREBY ORDERED ADJUDGED AND DECREED that this action is hereby dismissed with prejudice. The Clerk shall close this file.

DATED: _____, 2015.
HONORABLE HOWARD R. LLOYD
United States District Court Magistrate Judge

2

Lichtenegger v. Crivello, et al.	CASE NO. 14-CV-00100-HRL
Stipulation for Dismissal with Prejudice; [Proposed] Order